IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-49-FL-1

UNITED STATES OF AMERICA    )
    )
vs.    )
    )    O R D E R
ELISEO CANO BELLO,    )
    )
Defendant.    )

This matter came before the court for a hearing on the government's motion seeking pre-trial detention of Defendant in accordance with 18 U.S.C. § 3142. Counsel for Defendant was not present. In the interest of justice and upon its own motion, the court hereby continues the detention hearing to Monday, May 9, 2011 at 10:30 a.m. in Courtroom 3 of the Alton Lennon Federal Building at Wilmington, North Carolina. 18 U.S.C. § 3161(h)(7)(A).

This court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial. The period of delay necessitated by this continuance is therefore excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This, the 5th day of May, 2011.

Robert B. Jones, Jr.
United States Magistrate Judge